IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELINDA RENAE CLAYTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:13cv284-WHA |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 6) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is hereby ADOPTED; the 28 U.S.C. § 2255 motion is DENIED, and this case is DISMISSED with prejudice, as the § 2255 motion is barred under the waiver provision in Petitioner's plea agreement and also was not filed within the controlling federal limitation period.

A separate judgment shall issue.

Done this 9th day of March, 2015.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE